■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

CHARLES EDWARD HAMPTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—criminal trespass, second degree.) Present—Dillon, P. J., Boomer, Pine, Balio and Schnepp, JJ.